PEOPLE ex rel. BROADHEAD, Appellant, v. CITY OF BUFFALO, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Proceeding by the people of the state of New York, on the relation of John R. Broadhead, against the city of Buffalo. No opinion. Motion for reargument denied, with $10 costs and disbursements.

PEOPLE ex rel. BUFFALO BURIAL PARK ASS'N, Appellant, v. STILWELL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Proceeding by the people of the state of New York, on the relation of the Buffalo Burial Park Association, against Frank C. Stilwell and others, as etc. No opinion. Judgment and order affirmed, with costs.

PEOPLE ex rel. CAMPBELL et al., Appellants, v. CITY OF BUFFALO, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907. ) Proceeding by the people of the state of New York, on the relation of James Campbell and others, against the city of Buffalo. No opinion. Judgment affirmed, with costs.

PEOPLE ex rel. DAVIDS, Appellant, v. SAGUE et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 3, 1907.) Proceeding by the people of the state of New York, on the relation of George W. Davids, against John K. Sague and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

· RICH, J., dissents.

PEOPLE ex rel. LALLY et al., Respondents, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Proceeding by the people of the state of New York, on the relation of Lavinia Lally and others, against the New York Central & Hudson River Railroad Company. No opinion. Motion granted, without costs.

PEOPLE ex rel. LALLY et al., Respondents, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 3, 1907.) Proceeding by the people of the state of New York, on the relation of Lavinia Lally and others, against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, with costs.

PEOPLE ex rel. MEYERHOLZ v. O'CONNELL, Undersheriff. (Supreme Court, Appellate Division, Third Department. May 8, 1907.) Proceeding by the people of the state of New York, on the relation of John S. Meyerholz, against Philip O'Connell, as undersheriff of the county of Warren, state of New York. No opinion. Order unanimously affirmed, with costs.

104 N.Y.S.—72

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. BOARD OF RAILROAD COM'RS et al. (Supreme Court, Appellate Division, Third Department. May 8, 1907.) Proceeding by the people of the state of New York, on the relation of the New York Central & Hudson River Railroad Company, against the board of railroad commissioners and others. No opinion. Motion denied.

PEOPLE ex rel. STONE v. BINGHAM, Com'r. (Supreme Court, Appellate Division, First Department. May 10, 1907.) Proceeding by the people of the state of New York, on the relation of Albert E. Stone, against Theodore A. Bingham, commissioner. J. Rouss, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. STRIPLING v. McCLELLAN, Mayor. (Supreme Court, Appellate Division, First Department. May 10, 1907.) Proceeding by the people of the state of New York, on the relation of George W. Stripling, against George B. McClellan, as mayor, etc. R. M. Newman, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. THOMPSON, Appellant, v. SECOR et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 3, 1907.) Proceeding by the people of the state of New York, on the relation of G. Albert Thompson, against Chauncey T. Secor and others. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. WHEELER v. WILLIAMS et al., Town Auditors. (Supreme Court, Appellate Division, Third Department. May 8, 1907.) Proceeding by the people of the state of New York, on the relation of Willard R. Wheeler, against Emerson E. Williams and others, town auditors of the town of Canajoharie. No opinion. Determination of town auditors unanimously confirmed, with $50 costs and disbursements.

PEOPLE ex rel. WHITE v. BETTS, Justice. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Proceeding by the people of the state of New York, on the relation of Andrew A. White, against James A. Betts, as justice of the Supreme Court. No opinion. Motion denied, with $10 costs.

PERRY, Respondent, v. LOVELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 8, 1907.) Action by John M. Perry against Adelaide V. Lovell.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., dissents, on the ground that the letter written by defendant was not legally an offer to sell, so as to bind defendant by the alleged acceptance.